**Order entered July 22, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01014-CV

### ADA RENEE LAWRENCE, INDIVIDUALLY, AND ADA RENEE LAWRENCE, AS NEXT FRIEND OF M.W., A MINOR, C.C., A MINOR, J.C., A MINOR AND Z.C., A MINOR, Appellants

### V.

### STEWART CREEK VILLAS LP, CAPSTONE REAL ESTATE SERVICES, INC., RESTOPROS, INC., SONGHAI DEVELOPEMENT COMPANY, L.L.C. AND CHERNO NJIE, Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-04308-2016**

## ORDER

On July 12, 2022, we sent appellants a letter requesting a status update regarding settlement of the case. We warned appellants that failure to file a letter within ten days would result in dismissal of the appeal for failure to follow the Court's directive. *See* Tex. R. App. P. 42.3(c).

On July 19, 2022, we received appellants' status letter informing the Court settlement papers have been signed, but counsel continues to wait on appellees to sign the agreed motion for dismissal of the appeal. Appellants requested another sixty-day abatement.

We **GRANT** appellants' request to the extent we **ABATE** these proceeding for another **THIRTY** days from the date of this order. No further requests for abatement will be entertained.

/s/    DAVID J. SCHENCK
       PRESIDING JUSTICE